BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
JAMIESON N. POE, ESQ.
Nevada Bar No. 008228
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237
email:  admin@sdlawoffice.net

Attorneys for Defendants
Warren Kutch and FAF Transport, Inc.
aka FAF Inc. dba Forward
Airtransportation Services Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LUCIANO P. VARGAS CHAVEZ,<br><br>Plaintiff,<br><br>vs.<br><br>WARREN W. KUTCH; FAF TRANSPORT, INC. aka FAF INC. dba FORWARD AIRTRANSPORTAION SERVICES INC.; REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA; DOES 1 through 20, and ROE COMPANIES 1 through 40, inclusive<br><br>Defendants. | CASE NO. 2:20-cv-01312-JAD-VCF<br><br>Case No. A-20-816580-C<br><br>**Stipulation and Order to Extend Time to File Opposition to Plaintiff's Motion to Remand**<br><br>ECF No. 10 |

Plaintiff Luciano P. Vargas Chavez and Defendants Warren W. Kutch and FAF Transport, Inc. aka FAF Inc. dba Forward Airtransportation Services Inc. that Defendants may have until 5:00 p.m. on Thursday, August 13, 2020 to file their response to Plaintiff's Motion to Remand.

. . . .

. . . .

. . . .

1

The reason for this Stipulation is that Defendants' counsel is out of state on business on August 11, 2020 when the response is due.

DATED this 11th day of August, 2020.                    DATED this 11th day of August, 2020.

STEPHENSON & DICKINSON, P.C.                              EGLET ADAMS

By: _/s/ Bruce Scott Dickinson_                                By: _/s/ Tracy A. Eglet_
BRUCE SCOTT DICKINSON, ESQ.                                TRACY A. EGLET, ESQ.
Nevada Bar No. 002297                                       Nevada Bar No. 006419
JAMIESON POE, ESQ.                                          DANIELLE C. MILLER, ESQ.
Nevada Bar No. 008228                                       Nevada Bar No. 009127
2820 West Charleston Boulevard, Suite B-17                  JAMES A. TRUMMELL, ESQ.
Las Vegas, Nevada 89102                                     Nevada Bar No. 014127
P: (702) 474-7229                                           400 S. 7th Street, 4th Floor
F: (702) 474-7237                                           Las Vegas, NV 89101
email: admin@sdlawoffice.net                                Tel.: 702-450-5400
*Warren Kutch and FAF Transport, Inc. aka*                  Fax: 702-450-5451
*FAF Inc. dba Forward Airtransportation*                    eservice@egletlaw.com
*Services Inc.*                                             *Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED this __11th__ day of __August__, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

STEPHENSON & DICKINSON, P.C.

By: _/s/ Bruce Scott Dickinson_
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
JAMIESON POE, ESQ.
Nevada Bar No. 008228
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
P: (702) 474-7229
F: (702) 474-7237
email: admin@sdlawoffice.net
*Warren Kutch and FAF Transport, Inc. aka*
*FAF Inc. dba Forward Airtransportation Services Inc.*