# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Luciano P. Vargas Chavez,

    Plaintiff

v.

Warren W. Kutch; et al.,

    Defendants

Case No.: 2:20-cv-01312-JAD-VCF

**Remand Order**

[ECF Nos. 7, 17]

For the reasons stated on the record during today's hearing on plaintiff's motion to remand [ECF No. 7], IT IS HEREBY ORDERED that:

- Plaintiff's Motion for Leave to File Late Reply **[ECF No. 17] is GRANTED**;

- Plaintiff's Motion to Remand **[ECF No. 7] is GRANTED**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Clark County, Nevada, Department 14, Case No. A-20-816580-C,** and CLOSE THIS CASE.

Dated: September 1, 2020

                                                      U.S. District Judge Jennifer A. Dorsey